UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
GREENBELT DIVISION

| | | |
|---|---|---|
| AMY MOORE RICHARDSON<br>168 Winner Street<br>Acworth, Georgia 30102 | : <br> : <br> : <br> : | |
| AND | : <br> : | CASE NO.: _____ |
| JOHN RICHARDSON<br>168 Winner Street<br>Acworth, Georgia 30102 | : <br> : <br> : <br> : <br> : | JUDGE: _____ |
| Plaintiff,<br>v. | : <br> : <br> : | **COMPLAINT WITH JURY DEMAND** |
| MARRIOTT INTERNATIONAL, INC.<br>10400 Fernwood Road<br>Bethesda, MD 20817 | : <br> : <br> : <br> : <br> : | |
| Serve: | : <br> : | |
| The Corporation Trust Incorporated<br>2405 York Road<br>Suite 201<br>Lutherville-Timonium, MD 21093 | : <br> : <br> : <br> : <br> : | |
| AND | : <br> : | |
| MARRIOTT INTERNATIONAL HOTELS, INC.<br>10400 Fernwood Road<br>Bethesda, MD 20817 | : <br> : <br> : <br> : <br> : | |
| Serve: | : <br> : | |
| The Corporation Trust Incorporated<br>2405 York Road<br>Suite 201<br>Lutherville-Timonium, MD 21093 | : <br> : <br> : <br> : <br> : | |
| AND | : <br> : <br> : <br> : | |

1

| | |
|---|---|
| **INMOBILIARIA CANOPO, S. de R.L. de C.V.**<br>**10400 Fernwood Road**<br>**Bethesda, MD 20817** | :<br>:<br>:<br>:<br>: |
| **Serve:** | :<br>: |
| **The Corporation Trust Incorporated**<br>**2405 York Road**<br>**Suite 201**<br>**Lutherville-Timonium, MD 21093** | :<br>:<br>:<br>:<br>:<br>: |
|       **Defendants.** | |

## JURISDICTION

1.  Because diversity of citizenship exists between Plaintiff and Defendant and Plaintiff seeks damages in excess of $75,000, this Court has Jurisdiction over Plaintiff's claims under 28 U.S.C. § 1332.

## VENUE

2.  Venue properly exists under 28 U.S.C. § 1391(b)(2) in the District of Maryland as the Defendants are headquartered in the District of Maryland and it is a convenient forum.

## PARTIES

3.  Plaintiffs are residents and citizens of Georgia.

4.  Defendant Marriott International, Inc. is a Delaware corporation with its principal place of business in Bethesda, Maryland. It offers hospitality and leisure services at hotels and resorts it owns and operates in cities and countries around the world. Service of process is proper on The Corporation Trust Incorporated, 2405 York Road, Suite 201, Lutherville-Timonium, Maryland 21093.

5.  Defendant Marriott International Hotels, Inc. is a Delaware corporation with its principal place of business in Bethesda, Maryland. It offers hospitality and leisure services at hotels and resorts it owns and operates in cities and countries around the world. Service of process is

proper on The Corporation Trust Incorporated, 2405 York Road, Suite 201, Lutherville-Timonium, Maryland 21093.

6. Defendant Inmobilario Canopo, S. de R.L. de C.V. is a Mexican Sociedad de Responsibilidad Limitada de Capital Variable (i.e. a Mexican company similar to a U.S. limited liability company) that is owned and controlled by Marriott International, Inc. and/or one of its subsidiaries. It is owned and controlled by a company headquartered in Bethesda, Maryland. It offers hospitality and leisure services at the Marriott Casa Magna Resort and the adjoining J.W. Marriott Resort in Cancun, Quintana Roo, Mexico. Service of process is proper on The Corporation Trust Incorporated, 2405 York Road, Suite 201, Lutherville-Timonium, Maryland 21093.

## BACKGROUND

7. Plaintiffs booked a personal family vacation with Defendants for December 2020 using Marriott's reward member's website.

8. Plaintiffs and their children stayed at the Marriott Casa Magna Resort in Cancun, Mexico and used the restaurants and bars in the premises of that resort and the adjoining JW Marriott Resort as they were guests of the resorts.

9. Defendants owned, managed and controlled the Marriott Casa Magna Resort and JW Marriott Resort in December 2020.

10. While in the restaurant known as Mikado at the JW Marriott Resort for dinner on December 28, 2020, Plaintiff Amy Moore Richardson walked onto a step inside the restaurant.

11. Unbeknownst to her, the step was covered in a greasy substance that caused her to slip off the step.

12. When she slipped off the step, her ankle was severely injured.

13. Plaintiff witnessed employees of the restaurant cleaning the greasy substance off the step after she fell.

14. The employees of the restaurant and the management of the resorts did not know what to do in response to Plaintiff Amy Moore Richardson's significant injury and wanted her to be seen by medical personnel at Defendants' resorts.

15. Plaintiff Amy Moore Richardson insisted to go to an emergency room due to her significant injury. She was taken to the emergency room in Cancun, Mexico. She was diagnosed with a fractured ankle.

16. Plaintiffs and their children immediately left Mexico because of Defendant Amy Moore Richardson's injuries and flew to Detroit, Michigan.

17. In Detroit, Michigan, Plaintiff Amy Moore Richardson was diagnosed with a severe trimalleolar fracture of her ankle. Her ankle was extensively surgically repaired.

18. Plaintiff Amy Moore Richardson underwent medical treatment for blood clots that developed as a result of the trimalleolar fracture of her ankle.

19. Plaintiff Amy Moore Richardson underwent several months of intense physical therapy. Despite this treatment and almost two years passing since the injury, Plaintiff Amy Moore Richardson's ankle has not recovered.

20. Plaintiff Amy Moore Richardson still has injuries from the blood clots that developed as a result of her ankle injury.

21. Plaintiff Amy Moore Richardson has a permanent injury that has restricted her ability to live her life and care for her family.

22. Plaintiff Amy Moore Richardson has suffered intense pain and continues to suffer pain. It is expected that her ankle will continue to be painful for the rest of her life.

23. Plaintiff Amy Moore Richardson has lost wages and has incurred medical expenses as a result of her injuries.

24. Before her injury, Plaintiff May Moore Richardson was an active mother and wife. She has lost a significant amount of time with her family and husband due to her injury.

25. Plaintiff John Richardson has lost the companionship and spousal consortium of his wife due to her injury.

## CLAIM ONE – PREMISES LIABILITY/NEGLIGENCE

26. Plaintiffs restate and reallege Paragraphs 1 through 25 of their Complaint as if fully restated herein.

27. Defendants owed a duty of care to Plaintiff Amy Moore Richardson to keep their premises safe and free from greasy substances on the floor.

28. Defendants breached their duty of care to Plaintiff Amy Moore Richardson by having a greasy substance on a step in a restaurant where Plaintiff was dining as a guest.

29. Defendants breached their duty of care to Plaintiff Amy Moore Richardson by failing to have policies in place to keep their floors clean and safe, as evidenced by the fact that the employees only cleaned the greasy substance off the floor after Plaintiff's fall.

30. As a direct and proximate result of Defendants' breach of their duty of care, Plaintiff Amy Moore Richardson was severely injured.

31. As a result of the injury caused by Defendants' negligence, Plaintiff Amy Moore Richardson has suffered damages, including but not limited to: economic loss, pain and suffering, and permanent impairment of her ankle.

## CLAIM TWO – LOSS OF SPOUSAL CONSORTIUM

32. Plaintiffs restate and reallege Paragraphs 1 through 31 of their Complaint as if fully restated herein.

33. As a result of the injuries and permanent impairment to Plaintiff Amy Moore Richardson, Plaintiff John Richardson has loss the companionship and spousal consortium of his wife.

34. Plaintiff John Richardson has suffered damages as a result of this loss of consortium.

## CLAIM THREE – PUNITIVE DAMAGES AGAINST DEFENDANT

35. Plaintiffs restate and reallege Paragraphs 1 through 34 of their Complaint as if fully restated herein.

36. Defendants acted with malice and in conscious disregard for Plaintiff Amy Moore Richardson.

37. Plaintiff Amy Moore Richardson is entitled to punitive damages against Defendants.

38. Plaintiff Amy Moore Richardson is entitled to recover her attorney's fees and expenses against Defendants.

WHEREFORE, Plaintiffs, for their Complaint against Defendants, pray for relief in an amount in excess of $75,000.00 on all their claims, punitive damages, attorney's fees, and expenses incurred herein, and any and all further relief as this Court deems just and proper.

Dated:  December 27, 2022

Respectfully submitted,

**PAULSON & NACE, PLLC**

*/s/ Christopher T. Nace*
Christopher T. Nace, Esq. #16442
1025 Thomas Jefferson St. NW
Suite 810
Washington, D.C. 20007
Phone: (202) 463-1999
Fax:    (202) 223-6824
ctnace@paulsonandnace.com
*Attorney for Plaintiffs*

## **JURY DEMAND**

Plaintiffs hereby demands a trial by jury.

*/s/ Christopher T. Nace*
Christopher T. Nace, Esq.
